**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In re William Andrew Allen

Appellate case number:     01-20-00446-CR, 01-20-00447-CR, 01-20-00448-CR, 01-20-00449-CR, 01-20-00450-CR, 01-20-00451-CR, 01-20-00452-CR, 01-20-00453-CR, 01-20-00454-CR, 01-20-00455-CR, 01-20-00456-CR

Date Motion Filed:      July 24, 2020

Party Filing Motion:     Relator, William Andrew Allen

On July 24, 2020, relator filed a response to this Court's opinion dismissing relator's petition for writ of mandamus. We interpret relator's motion as a motion for rehearing. It is ordered that the motion for rehearing is **denied**.

Judge's signature: ___/s/ Sherry Radack_____
             ☐ Acting individually    ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Lloyd and Countiss.

Date: ____August 4, 2020_____